NO. 23-5200

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| SIGMA CORPORATION, | ) |
| | ) |
| Defendant-Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| ISLAND INDUSTRIES INC. and R. GLENN SANDERS, | ) ) |
| | ) |
| Plaintiffs-Appellees. | ) |

UNOPPOSED MOTION FOR EXTENSION OF BRIEFING DEADLINES

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 26(a)(1) of the Sixth Circuit Rules, Defendant-Appellant Sigma Corporation ("Sigma"), by and through counsel, respectfully requests an extension of time for the parties to file their principal briefs and appendices. In support of this motion, Sigma states as follows:

1.  Sigma's principal brief and appendix are currently due May 3, 2023. Plaintiffs-Appellees Island Industries, Inc.'s ("Island's") and R. Glenn Sanders' ("Sanders'") principal briefs and appendices are currently due June 2, 2023.

2.  Sigma has not previously sought an extension of time to file its principal brief and appendix.

3. An extension of time is necessary in order for the parties to adequately research and brief an issue of first impression for this Court. In this case, a relator filed a False Claims Act lawsuit based on what Sigma contends are misappropriated trade secrets. Island and Sanders deny this allegation. Among other things, at issue is whether the defendant in that False Claims Act lawsuit may subsequently sue that relator (and that relator's sole owner who allegedly participated in the conduct at issue) and claim as damages amounts awarded to the government and the relator in the False Claims Act lawsuit. The district court answered this question in the negative. In addition to being a question of first impression for this Court, the district court ruled upon this issue sua sponte, without briefing from the parties. These reasons require additional time for the parties to prepare and file their principal briefs and appendices.

4. Counsel for Sigma has conferred with counsel for Island and Sanders regarding the relief requested in this motion. Counsel for Island and Sanders consent to this request and asked that the motion include a request to extend their deadlines to file their principal briefs and appendices as well. Sigma consents to Island's and Sanders' requested extension.

5. For these reasons, the Court should grant this motion and allow Sigma to file its principal brief and appendix on or before June 2, 2023. Furthermore, the

Court should allow Island and Sanders to file their principal briefs and appendices on or before August 1, 2023.

WHEREFORE, Sigma respectfully request that the Court grant its Unopposed Motion for Extension of Briefing Deadlines and enter an order (1) extending the deadline for Sigma to file its principal brief and appendix to June 2, 2023 and (2) extending the deadline for Island and Sanders to file their principal briefs and appendices to August 1, 2023.

                                                Respectfully submitted,

s/ E. Franklin Childress, Jr.
E. Franklin Childress, Jr. (TN Bar #7040)
Kristine L. Roberts (TN Bar #23856)
BAKER, DONELSON, BEARMAN, CALDWELL, AND BERKOWITZ, PC
165 Madison Avenue, Suite. 2000
Memphis, TN 38103
(901) 562-2000
fchildress@bakerdonelson.com
klroberts@bakerdonelson.com

Lucius B. Lau
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3696
alau@whitecase.com

*Attorneys for Sigma Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system to the following:

                                                     s/ E. Franklin Childress, Jr.