UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5200**

Case Title: **Sigma Corp.**                                  vs. **Island Industries, Inc.**

List all clients you represent in this appeal:

| |
|---|
| **Island Industries, Inc.** |

☐ Appellant        ☐ Petitioner        ☐ Amicus Curiae          ☐ Criminal Justice Act
☒ Appellee         ☐ Respondent        ☐ Intervenor                   (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **C. Mitchell Hendy**          Signature: s/ **C. Mitchell Hendy**

Firm Name: **Mayer Brown LLP**

Business Address: **333 S. Grand Ave., 47th Floor**

City/State/Zip: **Los Angeles, CA 90071**

Telephone Number (Area Code): **213.229.5142**

Email Address: **mhendy@mayerbrown.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |